UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AB DISCOUNT DEPOT LLC and AHMED MANSHA,

        Plaintiffs,                          JUDGMENT

                                              19-CV-02818 (CBA) (RER)

   v

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

        Defendant.
-------------------------------------------------------------X

       A Memorandum and Order of the Honorable Carol Bagley Amon, United States District Judge, having been filed on July 31, 2020, granting Defendant's motion to dismiss; and denying Plaintiffs' cross-motion for summary judgment; it is

       ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; and that Plaintiffs' cross-motion for summary judgment is denied.

Dated: Brooklyn, New York                               Douglas C. Palmer
       August 3, 2020                                    Clerk of Court

                                                     By:    */s/Jalitza Poveda*
                                                              Deputy Clerk