United States District Court for the Eastern
District of New York
File Number 19-CV-02818 (CBA) (RER)

| | |
|---|---|
| AB DISCOUNT DEPOT LLC and AHMED MANSHA,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant | Notice of Appeal |

     Notice is hereby given that AB DISCOUNT DEPOT LLC and AHMED MANSHA, plaintiffs in the abovenamed case,* hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment granting Defendants' motion to dismiss and denying Plaintiffs' cross motion for summary judgment entered in this action on the 31st day of July, 2020

    (s) Michael E. Piston
    Attorney for Plaintiffs
    225 Broadway Suite 307
    New York, NY 10007
     Dated: 9/21/2020